CURTIS G. OLER (Bar No. 63689)

LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA  94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff
JUNE BOWSER

DENNIS J. HERRERA, State Bar #139669

City Attorney
Elizabeth S. Salveson, State Bar #83788
Chief Labor Attorney
ADELMISE R. WARNER, State Bar #215385
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3930
Facsimile:      (415) 554-4248
E-Mail:         adelmise.warner@sfgov.org


Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUNE BOWSER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MUNICIPAL TRANSPORTATION AGENCY AND DOES 1 to 25, Inclusive,<br><br>    Defendants. | Case No. CV 10 2776 JSW<br><br>*E-FILING CASE*<br><br>**STIPULATION FOR EXTENSION OF DEADLINE TO COMPLETE COURT MEDIATION AND [PROPOSED] ORDER**<br><br>Trial Date:           March 12, 2010<br>Date Action Filed:   June 24, 2010 |
|---|---|

The parties, Plaintiff June Bowser and Defendant City and County of San Francisco, by and through their attorneys of record, hereby stipulate and request that the Court extend the deadline to complete court mediation by 60 days.

Currently, pursuant to the Court's December 13, 2010 Order, the parties have until April 11, 2011 to complete court mediation. However, the parties have met and conferred and agree that the case is not ready for mediation at this time, but remain willing to participate in mediation at a future date. Accordingly, the parties request an extension of 60 days to complete mediation. There is good cause for the extension, including:

(1)     Defendant needs to complete Plaintiff's deposition. The City has taken a half day of Plaintiff's deposition. But, due to scheduling conflicts and Plaintiff's health, the City has not been able to complete the deposition.

(2)     Deputy City Attorney, Adelmise R. Warner, is leaving the City Attorney's Office effective April 1, 2011, and the case will be reassigned to another Deputy City Attorney. The new DCA will need additional time to review the case, complete Plaintiff's deposition, and prepare for mediation.

Dated: April 1, 2011                         Respectfully submitted,

                                                    LAW OFFICES OF CURTIS G. OLER

                                                    By:_____/S/_____
                                                          CURTIS G. OLER

                                                    Attorney for Plaintiff
                                                    JUNE BOWSER

Dated:  April 1, 2011                        DENNIS J. HERRERA
                                                    City Attorney
                                                    ADELMISE ROSEMÉ WARNER
                                                    Deputy City Attorney

                                                    By:_____/S/_____
                                                    ADELMISE ROSEMÉ WARNER

                                                    Attorneys for Defendant
                                                    CITY AND COUNTY OF SAN FRANCISCO

**[~~PROPOSED~~ ORDER]**

Good cause appearing from the Parties' stipulation, the Court hereby orders that the deadline for completing court mediation is extended by 60 days. The parties have until June ~~11~~ 13, 2011 to complete court mediation.

SO ORDERED.

Date: __April 1, 2011__     _____/s/ Jeffrey S. White_____
                                Honorable Jeffrey S. White
                                U.S. District Court Judge