**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNE BOWSER,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.

_____/

No. C 10-02776 JSW

**ORDER EXTENDING ADR DEADLINE**

     The Court hereby extends the deadline by which the parties must complete Court mediation to July 29, 2011.

     **IT IS SO ORDERED.**

Dated: May 18, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE