CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA 94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff
JUNE BOWSER


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3973
Facsimile:    (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE BOWSER,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MUNICIPAL TRANSPORTATION AGENCY AND DOES 1 to 25, Inclusive,<br><br>     Defendants. | Case No. CV 10 2776 JSW<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE TO COMPLETE COURT MEDIATION**<br><br>Trial Date:              March 12, 2010<br>Date Action Filed:   June 24, 2010 |

The parties, Plaintiff June Bowser, and Defendant City and County of San Francisco, by and through their attorneys of record, hereby stipulate and request that the Court extend the deadline to complete court mediation by an additional 60 days.

Currently, pursuant to the Court's April 1, 2011 Order, the parties have until June 13, 2011 to complete court mediation. The parties request that this deadline be continued to August 15, 2011.

This is the second stipulation and proposed order to continue the mediation deadline. The parties request this continuance for the following two reasons.

First, although this Court first referred this case to court mediation on December 20, 2010 (Doc. No. 16), this referral was apparently never "flagged" to the Court's ADR Department and thus no Magistrate Judge (or other judicial officer) was ever assigned to conduct mediation in this case. Both the ADR Department and a clerk of this Court confirmed this to defense counsel in calls on May 17, 2011. In a voice mail message from Robin "Seifkin" (?) of the Court's ADR Department to defense counsel on May 18, 2011, she requested that the parties ask for a continuance of the mediation deadline to allow the ADR Department enough time to select a judicial officer to mediate this case and to allow for the proper scheduling of the mediation.

The second reason for requesting this the continuance is that current defense counsel was only recently assigned to this action, and the case will not be ready for mediation by June 13. After consulting with Plaintiff's counsel, Defendant recently scheduled the continuation of Plaintiff's deposition to May 31, 2011. Further, prior to being assigned this case, defense counsel had made vacation plans on the East Coast from June 3, 2011 through June 10, 2011, and will be out of the office during this period.

Dated: May 18, 2011                    Respectfully submitted,

                                         LAW OFFICES OF CURTIS G. OLER

                                         By:             /s./
                                             CURTIS G. OLER[1]

                                         Attorney for Plaintiff
                                         JUNE BOWSER

---

[1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Mr. Oler's office to file this document on his behalf.

1  Dated: May 18, 2011

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
ANDREW GSCHWIND
Deputy City Attorney

By: _____/s./_____
    ANDREW GSCHWIND

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**[PROPOSED] ORDER**

Good cause appearing from the Parties' stipulation, the Court hereby orders that the deadline for completing court mediation is extended by 60 days. The parties have until August 15, 2011 to complete court mediation.

SO ORDERED.

Date: May 19, 2011

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE