DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3973
Facsimile:      (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

CURTIS G. OLER, State Bar # 63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA  94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff
JUNE BOWSER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE BOWSER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MUNICIPAL TRANSPORTATION AGENCY AND DOES 1 to 25, Inclusive,<br><br>    Defendants. | Case No. CV 10 2776 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING CASE FROM ADR PROGRAM** |

The parties, Plaintiff June Bowser, and Defendant City and County of San Francisco, by and through their attorneys of record, hereby stipulate and request that the Court remove this case from the Court's ADR Program.

1   Currently, the parties are scheduled to mediate this action on July 14, 2011 before Court-
2   appointed mediator Nancy J. Foster, of the Northern California Mediation Center.

3   This is the first stipulation and proposed order to remove this action from the Court's ADR
4   Program. The parties request this continuance for the following reasons.

5   Current defense counsel appeared in this action on May 11, 2011, following the departure of
6   former Deputy City Attorney Adelmise Warner from the City Attorney's Office. Current defense
7   counsel, Andrew Gschwind, completed Plaintiff's deposition on June 23, 2011. In light of Plaintiff's
8   testimony and the facts known to defense counsel, defense counsel will not recommend to his client
9   offering any money to settle this action if this case is mediated. This is based on defense counsel's
10  assessment of Plaintiff's claims. In light of this, defense counsel notified both Plaintiff's counsel,
11  Curtis Oler, and the Court-appointed mediator, Nancy Foster, of this position so that they do not waste
12  needless time or expense mediating this action.

13  Both Ms. Foster and plaintiff's counsel agree that, in light of the City's position, it does not
14  make sense to mediate this action.

15  If the Court nonetheless believes that mediation should be conducted in any event, the City will
16  mediate this action.

17  Dated:  June 29, 2011                           DENNIS J. HERRERA
                                                     City Attorney
18                                                   ELIZABETH SALVESON
                                                     Chief Labor Attorney
19                                                   ANDREW GSCHWIND
20                                                   Deputy City Attorney

21                                                   By:_____/s./_____
22                                                         ANDREW GSCHWIND

23                                                   Attorneys for Defendant
                                                     CITY AND COUNTY OF SAN FRANCISCO

1 | Dated: June 29, 2011                    Respectfully submitted,

LAW OFFICES OF CURTIS G. OLER

By:_____/s./_____
　　　　CURTIS G. OLER[1]

Attorney for Plaintiff
JUNE BOWSER

### [~~PROPOSED~~] ORDER

Good cause appearing from the Parties' stipulation, the Court hereby removes this case from the Court-ordered ADR Program. The July 14, 2011 mediation is canceled.

SO ORDERED.

Date: __June 30, 2011__　　　　　　　　　_____/s/ Jeffrey S. White_____
　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

---

[1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Mr. Oler's office to file this document on his behalf.

STIP & [~~PROP~~] ORDER TO CONTINUE MED. DEADLINE　　3　　n:\labor\li2011\110144\00709356.doc
USDC Case No. CV 10 2776 JW